STEPHANIE M. HINDS
United States Attorney
PETER K. THOMPSON
Associate General Counsel
Office of Program Litigation, Office 7
HEIDI L. TRIESCH, WA #30618
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-3748
Email: Heidi.Triesch@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| CLAY CHAGAS,<br><br>   Plaintiff,<br><br> vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>   Defendant. | Case No. 4:22-cv-08865-HSG<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME** |

  IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant shall have a 30-day extension of time, from February 10, 2023, to March 13, 2023, for Defendant to respond to Plaintiff's Complaint (Dkt. No. 1). This is Defendant's first request for an extension of time. Good cause exists for this extension.

  In accordance with 42 U.S.C. § 405(g), the Commissioner files as part of the Answer a

certified copy of the transcript of the administrative record, including the evidence upon which the findings and decisions complained of are based. Our office has been informed by the client agency, which is the Social Security Administration, Office of Appellate Operations, that administrative record is not fully prepared. Although work on the record has progressed, the client agency needs further additional time to prepare an administrative record for the Court's review. Once completed, it will need to be reviewed to ensure that the record provided to the Court and to Complainant is complete and accurate.

   Defendant's counsel will endeavor to complete these tasks as soon as possible.  This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

   Plaintiff does not oppose Defendant's request for an extension of time.

Respectfully submitted,

Dated:  January 30, 2023   */s/ Barbara Mann*
             (*as authorized via email on 01/28/2023)
             PLAINTIFF ATTORNEY NAE
             Attorney for Plaintiff

Dated:  January 30, 2023   STEPHANIE M. HINDS
             United States Attorney

          By: */s/ Heidi L. Triesch*
             HEIDI L. TRIESCH
             Special Assistant U.S. Attorney
             Attorneys for Defendant

ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 1/30/2023

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Court Judge